IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JERRY ROWELL, JR.,

    Plaintiff,

v.                                         CIVIL ACTION NO. 1:24-00185

WARDEN ROKOSKY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation ("PF&R") on May 6, 2025, in which he recommended that the district court dismiss plaintiff's petition for a writ of habeas corpus pursuant to U.S.C. § 2241 as moot and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the seventeen-day period.  Thereafter, on June 27, 2025, defendant filed a motion to dismiss the petition as moot.  See ECF No. 24. Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby **GRANTS** the motion to dismiss, **DISMISSES** plaintiff's petition for a writ of habeas corpus pursuant to U.S.C. § 2241, and directs the Clerk to remove this case from the court's active docket.

Additionally, the court has considered whether to grant a certificate of appealability.  See 28 U.S.C. § 2253(c).  A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001).  The court concludes that the governing

2

standard is not satisfied in this instance.  Accordingly, the

court **DENIES** a certificate of appealability.

The Clerk is directed to forward a copy of this

Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 4th day of December, 2025.

ENTER:

David A. Faber
Senior United States District Judge